SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>Sierra Truckee Corporation, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 10-cv-02576-WBS-JFM<br><br>**REQUEST RE DISMISSAL OF FRITZ MERTL; ANNA E. MERTL AND** ~~Proposed~~ **ORDER**<br><br><br>Complaint Filed:  SEPTEMBER 22, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Fritz Mertl; Anna E. Mertl) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Fritz Mertl; Anna E. Mertl) are dismissed because these Defendants are not proper parties to this action.

Dated: January 27, 2011                             /s/Scott N. Johnson_____
                                                    SCOTT N. JOHNSON
                                                    Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                    CIV: S-10-02576-WBS-JFM

1  **IT IS SO ORDERED**.

3  Dated:   January 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-02576-WBS-JFM